**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:**  TRENTON                                              **DATE:**  November 9, 2022

**CHIEF JUDGE FREDA L. WOLFSON**

**COURT REPORTER:** CAROL FARRELL

**TITLE OF CASE:**                                               DOCKET # 3:22-Cr-423-01(FLW)
UNITED STATES OF AMERICA
          vs.
RODRIGO ALVARENGA PAREDES
          DEFENDANT PRESENT

**APPEARANCES:**
J. Brendan Day, AUSA & Joseph R. Gribko, AUSA for Government
Rodney Villazor, Esq. Michael Sala, Esq., for Defendant
Donald Martenz, U.S. Probation Officer
Irene Caramuta, Spanish Interpreter

**NATURE OF PROCEEDINGS**:  SENTENCING as to Count 1 of the Information.
Ordered Interpreter Sworn; Interpreter Sworn (Irene Caramuta- Spanish Interpreter)
SENTENCE:
Probation: 2 years with special conditions.
Fine $100,000.00.
Forfeiture Ordered. Order to be submitted.
Special Assessment: $100.00.
Parties advised of rights to appeal.

Time Commenced:  11:45 AM
Time Adjourned:    12:30 PM
Total Time: 45 minutes

                                                      s/Jacqueline Merrigan
                                                         DEPUTY CLERK